UNITED STATES BANKRUPTCY COURT DISTRICT OF SOUTH CAROLINA

IN RE: Richard Michael Cionci | CHAPTER 13 CASE

Debtor(s). | CASE NO: 22-00251-JW

| OBJECTION TO RULE TO SHOW CAUSE

FILED
MAR 10 2022
United States Bankruptcy Court
Columbia, South Carolina

Comes Now, Richard Cionci, Debtor in the above listed case, who objects, and respectfully requests that the court does not dismiss the case.

Mr. Cionci filed, through US Mail, the appropriate pay stubs well before the February 26th deadline, and they were received by the court the next business day on February 28th. Mr. Cionci was unaware that he had to refile the proof of identification, and was not informed by the court that he had to do so. He believed the copy the court had on file was sufficient enough, and he has sent another copy of his identification to the clerk of the court to be refiled.

In addition, there is no evidence that Mr. Cionci is trying to delay any attempts to work with the trustee on the Chapter 13 plan, and is not using the court to delay any creditors. As evidenced, he has paid the first promised planned installment to the trustee on time, has paid the filing fee upfront and in full and not in installments, and has complied with the requests for information from the trustee before his deadline. All other documents requested by the clerk of the court have been filed on time. Therefore, Mr. Cionci is of the belief that there exists no evidence or basis to dismiss the case, let alone dismiss the case with prejudice.

_/s/ Richard Cionci_
Richard Cionci

3/8/22
March 8, 2022

CERTIFICATE OF SERVICE

In accordance with the provisions of the Bankruptcy Court of South Carolina, I certify that a copy of this Objection was served on the following people on March 8, 2022 via Regular US Mail.

James M. Wyman
Chapter 13 Trustee
PO Box 997
Mount Pleasant, SC 29465-0997

_____          3/8/22
Richard Cionci                                       March 8, 2022

Richard Cionci
2116 Blakers Blvd
Bluffton, SC 29909

Clerk of the Court
US Bankruptcy Court
1100 Laurel Street
Columbia, SC 29201

Dear Clerk:

Could you please file the following documents for my case (No. 22-00251-JW).

    Objection to Rule to Show Cause
    An Additional Copy of the Newest Pay Stub
    Copy of my personal Identification (SC Driver's License)


Thank you for your assistance.


Richard Cionci

